UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

MINUTE ORDER

* * * * * * * * * * * * * * * * * * *

Potlatch Corporation, a
Delaware Corporation,

Plaintiff,

vs.

United States Fidelity &
Guaranty (USF&G)

Defendant and Third-
Party Plaintiff,

vs.

Oscar J. Boldt Construction
Company, a Foreign Corporation,
and St. Paul Fire and Marine
Insurance Company,

Third-Party
Defendants. Civ. No. 02-846 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 27th day of September, 2002.

* * *

On September 27, 2002, this matter came before the undersigned United States Magistrate Judge upon the parties' Stipulation for Consolidation of Claims. At the time of the Hearing, the Plaintiff appeared by Frank Yetka and John D. Kelly, Esqs.; the Defendant,

FILED SEP 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK

and Third-Party Plaintiff, United States Fidelity & Guaranty, and non-party Phillips, Getschow Company ("Phillips, Getschow"), appeared by Jeannie Provo-Petersen, Esq.; and the Third-Party Defendants appeared by Steven W. Schneider, Esq. The purpose of the Stipulation is to join Phillips, Getschow in this action, as a party-Defendant and Third-Party Plaintiff, in order to allow all claims for contribution and/or contractual indemnity, which arise from the injuries sustained in an incident involving George A. Pappas, to be resolved in one legal proceeding, in conjunction with a pending Declaratory Judgment action.

Currently, certain of the claims are pending in the Minnesota District Court for Carlton County, and Phillips, Getschow consents to the jurisdiction of this Court, in order to have its interests in the Carlton County case resolved in this consolidated proceedings. The interests of justice, and the desirability of avoiding inconsistent results, commend the consolidation being requested, and we grant that consolidation.

NOW, THEREFORE, It is --

ORDERED:

1. That Phillips, Getschow is hereby added as a party-Defendant in this litigation, so that the Court may determine all claims for contractual indemnity originally made against Phillips, Getschow by Plaintiff Potlatch Corporation, and all cross-claims

related thereto, which have been asserted by Phillips, Getschow against Potlatch Corporation, or Oscar J. Boldt Construction Company in the action entitled George A. Pappas, et al. vs. Potlatch Corporation, et al. (Carlton County District Court File No. C6-00-000730) and said consolidation shall be based upon the pleadings attached to the Stipulation for Consolidation filed in this matter.

2. That, hereinafter, the caption of this case shall read as follows:

Potlatch Corporation, a Delaware corporation,

Plaintiff,

vs.

Phillips, Getschow Company, an Illinois corporation, and United States Fidelity & Guaranty (USF&G), a Maryland corporation,

Defendants and Third-Party Plaintiffs,

vs.

Oscar J. Boldt Construction Company, a Wisconsin corporation, and St. Paul Fire and Marine Insurance Company, a Minnesota corporation,

Third-Party Defendants.

3. That, forthwith, the parties shall jointly contact this Court's Judicial Assistant, Ms. Victoria Miller (218) 529-3520, for the purpose of scheduling a Status Conference at which pretrial matters, inclusive of the setting a Settlement Conference, may be addressed.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE